```
JACK GORDON; SBN 169380
1885 The Alameda, Ste 214
San Jose, CA 95126
Tel. (408)286-1351
Fax. (408) 503-0954

Attorney for Defendant,
Dakota Casperson
```

FILED
NOV 3 0 2011
RICHARD W. WIEKING
CLERK, U.S DISTRICT [COURT]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN, <br><br> Plaintiff, <br><br> vs. <br><br> DAKOTA VERNON CASPERSON <br><br> Defendant. _____/ | No. CR 10-00301 DLJ <br><br> STIPULATION TO CONTINUE SENTENCING DATE AND ~~PROPOSED~~ ORDER |

The above listed parties stipulate as follows:

1. On or about 9/20/11 defendant Dakota Casperson pled guilty pursuant to a plea agreement. The Court scheduled sentencing for 12/6/11.

2. Mr. Casperson's co-defendant in this matter is scheduled to be sentenced on 12/20/11. What very little family Mr. Casperson has (the co-defendant's family was a stand in family for Casperson) will be at the 12/20/11 court date.

3. United States Probation Officer Raya can be present on 12/20/11 and does not object to the continuance. Likewise, AUSA

1

Danner does not object to this date.

Therefore the parties respectfully request that the Court continue defendant's sentencing from December 6, 2011 at 10:00 a.m. to December 20, 2011 a.m. at 10:00 a.m.

IT IS SO STIPULATED

Dated: 11/29/11

_____/s/_____
Jack Gordon
Attorney for Defendant

Dated: 11/29/11

/s/_____
Allison Marston Danner
Assistant U.S. Attorney

[PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Dakota Vernon Casperson sentencing is continued from December 6, 2011 at 10:00 a.m. to December 20, 2011 at 10:00 a.m.

IT IS SO ORDERED.

DATED: Nov 30, 2011

_____
The Honorable D Lowell Jensen
District Court Judge